UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEOPHILUS A. KNIGHT, JR.,

Plaintiffs,

-against-

GEORGE A. OCASIO; ERIC GONZALEZ; NEW YORK CITY DEPARTMENT OF PROBATION; JOHN/JANE DOES 1-10,

Defendants.

26-cv-4081 (LLS)

CIVIL JUDGMENT

For the reasons stated in the July 15, 2026, order, the Court dismisses this action for failure to state a claim, and under the doctrines of judicial immunity and Younger abstention.

SO ORDERED.

Dated: September 9, 2026
New York, New York

/s/ Louis L Stanton
Louis L Stanton
United States District Judge